FILED
JUN 10 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Criminal Case No. 08cr1873-LAB
                                    )
            Plaintiff,              )   I N F O R M A T I O N
                                    )
     v.                             )   Title 8, U.S.C.,
                                    )   Sec. 1324(a)(2)(B)(iii) - Bringing
MONICA YVETTE PAYAN,                )   in Illegal Aliens Without
                                    )   Presentation; Title 18, U.S.C.,
            Defendant.              )   Sec. 2 - Aiding and Abetting
_____)

   The United States Attorney charges:

   On or about May 23, 2008, within the Southern District of California, defendant MONICA YVETTE PAYAN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jovita Rodriguez-Lapa, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

   DATED: June 20, 2008

                                   KAREN P. HEWITT
                                   United States Attorney

                                   /s/ CAROLINE P. HAN
                                   CAROLINE P. HAN
                                   Assistant U.S. Attorney

CPH: San Diego
6/9/08