# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MONICA YVETTE PAYAN

**WAIVER OF INDICTMENT**

CASE NUMBER : 08MJ1630    08cr1873-@ LAB

I, MONICA YVETTE PAYAN, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C. SECTON 1324(a)(2)(B)(iii)- Bringing In Illegal Aliens Without Presentation

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 6/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**
JUN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                 DEPUTY